# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:14CR326** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DEWAYNE M. WRIGHT,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the letter request of the Warden, Federal Correctional Institution, Littleton, Colorado (FCI-Littleton), for an extension in the evaluation period of DeWayne M. Wright (Wright) pursuant to this court's order of January 8, 2015, which committed Wright to the custody of the Attorney General for a competency examination pursuant to 18 U.S.C. §§ 4241 and 4142 (Filing No. 18). The Warden represents that Wright only arrived at FCI-Littleton on February 6, 2015, and the Warden requests until April 6, 2015, in order to complete the study and submit the evaluation. The request is granted.

    The Clerk shall mail a copy of this order to: Warden Deborah Denham, Re: Reg. No. 14903-047, Federal Bureau of Prisons, Federal Correctional Institution, 9595 W. Quincy Avenue, Littleton, CO 80123.

**IT IS SO ORDERED.**

DATED this 24th day of February, 2015.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge